UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD MICHAEL SHAIEB, ) | |
| ) | |
| Petitioner, ) | Case No. 1:05-cv-756 |
| ) | |
| v. ) | Honorable Wendell A. Miles |
| ) | |
| MARY BERGHUIS, ) | |
| ) | |
| Respondent. ) | |
| ) | |

### ORDER TO STAY PETITION FOR WRIT OF HABEAS CORPUS AND ADMINISTRATIVELY CLOSING CASE

In accordance with the Memorandum Opinion filed this date:

IT IS ORDERED that Petitioner's request to stay habeas corpus proceedings is GRANTED.

IT IS FURTHER ORDERED that within 30 days of this Order, Petitioner shall return to state court to present any of his unexhausted claims.

IT IS FURTHER ORDERED that this action is STAYED until Petitioner files a motion to amend his petition setting forth his exhausted claims. The motion shall be filed no later than 30 days after a final decision has been rendered by the Michigan courts and shall include a description of the exhausted claims and the dates and substance of the decision at each step of state court review.

IT IS FURTHER ORDERED that Petitioner shall advise the Court of any changes of his address during the pendency of the stay.

IT IS FURTHER ORDERED that if Petitioner fails to comply with the deadlines and other requirements imposed in this Order, the Court may dismiss the entire petition with prejudice, either *sua sponte* or upon motion of Respondent.

IT IS FURTHER ORDERED that this case shall be administratively CLOSED until Petitioner files a motion to amend his petition in accordance with the procedures set forth in this Order.

IT IS SO ORDERED.


Dated: <u>March 7, 2006</u>   /s/ Wendell A. Miles
                              Wendell A. Miles
                              Senior U.S. District Judge